IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 20 2018

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-61 |
| | § | Judge RWS/KNM |
| OSCAR ROCHA MARTINEZ | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. § 1326(a) and (b)(1)
(Illegal reentry following removal)

On or about March 3, 2018, in the Eastern District of Texas, the defendant, **Oscar Rocha Martinez**, an alien, was found in the United States having previously been removed from the United States to Mexico on or about August 13, 2015, and the defendant had not received the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON


JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____     ___9/19/2018_____
ALLEN H. HURST                   Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:18-CR-_____ |
| OSCAR ROCHA MARTINEZ | § | Judge _____ |

## NOTICE OF PENALTY

### Count One

Violation:             8 U.S.C. § 1326(a) and (b)(1)

Penalty:               Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both; and supervised release of not more than three (3) years.

Special Assessment:    $100.00